IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

GLORIA ARNETTA BUNCH                                                      PLAINTIFF

v.                               Case No. 4:21-cv-00425-LPR

KRISTINE G. BAKER, Attorney/
U.S. Judge; JOHN KEELING BAKER,
Attorney Mitchell Williams Law; JULIUS
D. KEARNEY, Attorney Kearney Law Offices;
JACK KEARNEY, Attorney; DOES, Kearney
Law Offices                                                               DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from the Order and Judgment would not be taken in good faith.[1]

IT IS SO ADJUDGED this 20th day of May 2021.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　LEE P. RUDOFSKY
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).